Pro Se 14 (INND Rev. 2/20)                                                                 page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

**FILED**

**04/20/2026 ISP**

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**Chanda J. Berta, Clerk of Court**

_Greg Taylor_
[You are the PLAINTIFF, print your full name on this line.]

v.

_Ron Neal_
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number _3:25-cv-614-PPS-AZ_
[For a new case in this court, leave blank. The court will assign a case number.]

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]  _See attached Amended Complaint_ | |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? _7_

2. What is the name and address of your prison or jail? _Indiana State Prison_

3. Did the event you are suing about happen there? ⊗ Yes. ◯ No, it happened at: _____

4. On what date did this event occur? _On Doing Started 10-11-2024_

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Pro Se 14 (INND Rev. 2/20)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

United States District Court
for the
Northern District of Indiana

Starlene Taylor,
        Plaintiff.

V.

Christina Reagle, Ron Neal, Dr. Smith,
Pam Banes, MHP Utesch, MHP Sims, Centurion Health
of Ind.(LLC).    Defendants et. al.

Amended
Complaint
Case. No. 3:25-kv-614-PPS-AZ

## I. Jurisdiction & Venue

1. This is an civil action Authorized by 92 USC Section 1983. To Redress The deprivation of Rights Secured by The Constitution of The United States by Those Acting Under Color of State Law. This Court Has Jurisdiction Under 28 USC 1331 and 1343 (a) (3). Plaintiffs claims for Injunctive Relief are Authorized Pursuant To 28 USC 2283 and 2284, Rule 65 of The Federal Rules of civil Procedure.

2. The Northern District of Indiana is an appropriate Venue Pursuant To 28 USC 1391 (b). (2) because it is where The events giving Rise To These claims occured.

3. Plaintiff, Invokes This Courts Jurisdiction over Her State Law Tort claims under The "supplemental Jurisdiction" and "Pendant Jurisdiction" clause.

## II. Plaintiff

4. Plaintiff Starlene Taylor is and was at all times mentioned in this complaint, an State Prisoner Housed at Indiana State Prison.

## III. Defendants

5. Defendant Christina Reagle is the Director of the Indiana Dept. of Corrections.

6. Defendant Ron Neal is the Warden of Indiana State Prison

7. Defendant Psychologist Smith is the Head of Psychological Services at Indiana State Prison (ISP)

8. Defendant Mental Health Provider Utesch was assigned as Plaintiffs Provider at (ISP)

9. Defendant Mental Health Provider Sims was assigned as Plaintiffs Provider at (ISP).

10 Defendant Pam Banes is the Unit Team manager over the Segregation Unit (D. cellhouse)

IV. Facts.

11. Plaintiff Identifies as an Transgender male To Female, with very Feminine Features and Small Build, with Body Weight at its lowest 10/13/24, 105 lb

12 Plaintiff is also diagnosed w/ Gender Dysphoria That Defendants are refusing To Provide Gender affirming medical (Hormone Replacement Therapy) which causes Plaintiff Sever Anxiety, depression, suicidal Ideation and multiple very serious suicide attempts on 6-17-20, 1-25-23, 1-22-24, 5-20-24, 10-13-24, 12-3-24 and Concentrating, sleeping as major bodily Functions.

13 Since Plaintiff Cannot Think clearly or Function enough, Experiences Pain & discomfort on an daily Basis with mental Health disorders because of The defendants refusal / discrimination against Her Gender Dysphoria and This refusal Prevents Her From Thinking clearly. Pain & Discomfort Free, Mental Health Defect Free as Those inmates That are Non-disabled. Plaintiff states an colorful Failure To recomodate under Title II of The ADA, 42 USC 12132 and Rehabilitation Act 29 USC 794 because Defendants are in reciept of Federal Funds.

14. Plaintiff is / was Labeled "Seriously mentally ill" (SMI) by Director Robert Carter Jr. (See) case TAYlor v ESKINAZI Hosp. case No. 1:19-cv-04500-JMS-MPB. 2020 WC 2193416, at (S.D. IND May 6, 2020).

15. Plaintiff Has Not Recieved any Type of Evaluation Since and Has been Held in Segragtion for more That 30 Consecutive Days as an (SMI) Prisoner which Places Defendants Pam Banes, ron Neal, christina Reagle and all mental Health Providers at (ISP) in "Breach of Contract" Because of The Previous Private Settlement Agreement in (I.P.A.S. v. Director IDOC, case No. :08-cv-01317-TWP-MJD in which The Definition of (SMI) was set by The Court and agreed To by all Parties after an Bench Trial where Defendant was found Giulty of Being Delibrate Indifferent To (SMI) in Segragtion (Eighth Amend.)

16. Plaintiff was recently diagnosed as "Bi-Polar" II and Prescribed "LATUDA" for This defect by Psychiatrist at (ISP). all defendants are aware of This Fact (See attached as Exhibit # A

17. Defendant christina Reagle and Defendant Centurion Have Conspired To Narrow The Definition of "Seriously mentally ill" Prisoner set by The court To Provide less mental Health Treatment and Place more already laveled (SMI) Prisoner in Segragation and remain Delibratly Indifferent To Serious medical Needs of (SMI)

18. Plaintiff Has be laveled (SMI) For Past 10 years and Housed inpatient Mental Health while in IDOC.

19. Plaintiff also has expert Testimony From

20. Taylor v. Centurion case No. 1:22-cv-01496-JMS-SW. That states Because of Thier Indifferent attitude Towards Plaintills mental Health it severly affects Her Functioning ability in an General Population setting. Her Transgender status is effecting Her mental Health, yet Defendants Do Nothing but Let The Plaintiff cut on self with Razor blades and Continue in Long Term Segragation on 10-13-24 until Dec 4, 2024 evaluating mental diagosusy.

21. Plaintiff Has even Let Defendants MHP sims MHP Utesch Knows she Had RAZOR blAdES while on suicide watch yet Then done Nothing but Not Follow Thier Duty Towards Plaintiffs mental Health Treatment and Lower Thier Standards of Care To unconstitutional Levels. Thus violating The Eighth Amendment. and Causing decompensation and Exacerbation of current mental illness and Further Damages From The continued Sensory deprivation caused by Extended Stays in Segragation with mental illness That are Described in Detail in The Bench Trial. of The Previous Settlement. agreement

22. on Dec 4 at apprx 4:00 Pm Lt. Hudson Let The inmate in cell D-W-162 out To assault me with an Food Tray after Lt. Hudson and Pam Bane Informed other inmates I was Transgender "Homosexual" and

23. Plaintiffs Rights To Safety - essentially a right To be restrained, So That Plaintiff would No longer Injure-self with RAZOR blades after Informing Defendants Liteseh, Sims and smith of The Fact That I had RAZOR blades and continued To attempt suicide while on Constant Suicide Watch with an Inmate Watching me cut on self and could Not even open cell Door To Provide life Saving medical attention. Plaintiff Wa Never Placed in restraints or given anti-Psychotic medications To Stop Self-Harming Which is Serious deliberate Indifference, Gross Negligence, and These medical Contractors Consistently lower Their Standards of Care For Serious mental illness and Breach The Duty of Care owed To Plaintiff who Had The Right of Bodily Restraint To Stop Further Harm To Self or Possible Death. This Jack of Restraint From an actively Self-Injurous, Suicidal Person who has Razor blades violates The constitution, gross Negligence and is Malpractice + Professional liability and is an Delibrate Indifferr Monell claim against Centurion Health of Indiana as IDOC suicide Prevention Policy strictly Prohibit This Jack of Care and calls For mental Health Providers To Secure Those Razors and This is Wanton Infliction of Pain and Shocking Prison Conditions.

Pro Se 14 (INND Rev. 2/20)                                                                page 4

5. When did this event happen?

    ⬡ Before I was confined.

    ⬡ While I was confined awaiting trial.

    ⬤ After I was convicted while confined serving the sentence.

    ⬡ Other: _____

6. Have you ever sued anyone for this exact same event?

    ⬤ No.

    ⬡ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
        case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?

    ⬤ No, this event is not grievable at this prison or jail.

    ⬡ Yes, I filed a grievance and attached is a copy of the response from the final step.

    ⬡ Yes, this event was grievable, but I did not file a grievance because _____

    _Was on Suicide Watch Not allowed_
    _ink Pens or paper_

8. If you win this case, what do you want the court to order the defendant(s) to do?
        [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

    _Preliminary Injunction: immediate Transfer_
    _to New Castle Psych Center._

    _1 million Dollares - Punitive & Compensatory_

[Initial Each Statement]

    _✓_  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.

    _✓_  I will keep a copy of this complaint for my records.

    _✓_  I will promptly notify the court of any change of address.

    _✓_  I WILL NOT send more than one copy of any filing to the court.

    _✓_  I WILL NOT send summons, USM-285, or waiver forms to the clerk.

    _✓_  I declare under penalty of perjury that the statements in this complaint are true.

    I placed this complaint in the prison mail system on _4_/_14_/20_26_ at _8:00_ am/pm.
        [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

    _Drew Taylor_                                    _893235_
    Signature                                        Prisoner Number

        [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## Certificate Of Service

I certify that on 4-14-2026 I sent the following documents to the clerk of the court electronically, using the CM/ECF system.

Name: Greg Taylor
Signature: Gregory A. Taylor
Doc # 883335

Date: 4-14-2026

PG. 4